**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7037

JOHN DOUGLAS ALEXANDER,

Plaintiff - Appellant,

versus

MICHAEL MOORE, Director; WILLIAM D. CATOE,
Deputy Director; COLIE L. RUSHTON; LEROY
CARTLEDGE, Major; D. MCTAGGER, Captain; P.
JONES, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-97-2598-6-20AK)

Submitted:  February 11, 1999        Decided:  February 23, 1999

Before ERVIN, NIEMEYER and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Douglas Alexander, Appellant Pro Se.  Charles Franklin Turner,
Jr., CLARKSON, FORTSON, WALSH & RHENEY, P.A., Greenville, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Alexander v. Moore</u>, No. CA-97-2598-6-20AK (D.S.C. June 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>